**GULF OIL CORPORATION, Appellant,**

v.

**FANNETT INDEPENDENT SCHOOL DISTRICT, Appellee.**

No. 3591.

Court of Civil Appeals of Texas.

Waco.

Aug. 25, 1958.

Keith, Mehaffy, McNicholas & Weber, Beaumont, William F. Erwin, Jr., Houston, for appellant.

J. B. Morris, J. Kenneth Hynes, Ernest L. Sample, Beaumont, for appellee.

McDONALD, Chief Justice.

This is an appeal from an order of the Trial Court denying a temporary injunction. The parties have made it known to this court that all matters in controversy have been amicably settled and adjusted between the parties and that there remains no justiciable controversy in the cause. It follows that the appeal should be and same is hereby dismissed at the cost of appellant.